**Motion Denied, Appeal Dismissed, and Memorandum Opinion filed March 24, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00831-CV

### BRIDGET  HUNTER, Appellant

### V.

### BEL MANDALAY LIMITED PARTNER D/B/A MANDALAY AT SHADOW LAKE, Appellee

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1138391**

## MEMORANDUM  OPINION

This is an appeal from a final judgment signed October 17, 2019. Appellant's brief was originally due January 21, 2020. No brief or motion to extend time to file the brief has been filed.

On January 30, 2020, the court ordered appellant to file a brief by February 28, 2020. We cautioned that if appellant failed to comply with our order, we would

dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). No brief or motion to extend time to file the brief was filed.

Therefore, the appeal is DISMISSED. Appellant's "Emergency Motion to Request a Review of Excessive Supersedeas Bond and Legal Fees," filed October 29, 2019, was carried with the case and is now DENIED.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.